

**IT IS ORDERED as set forth below:**

**Date: February 2, 2012**

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 10-75646-CRM |
| G&G MONEY, INC., | CHAPTER 7 |
| Debtor. | |
| JAMES C. CIFELLI, Chapter 7 Trustee for G&G MONEY, INC., | ADVERSARY PROCEEDING NO. 11-5196-CRM |
| Plaintiff, | |
| v. | |
| GEORGE MAZZANT, III, | |
| Defendant. | |

## JUDGMENT

Pursuant to the Court's Order entered contemporaneously herewith, **PARTIAL JUDGMENT IS HEREBY ENTERED** in favor of the Plaintiff.

**END OF DOCUMENT**