# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 7 |
| G & G MONEY, INC., | BANKRUPTCY CASE |
| Debtor. | NO. 11-80317 - CRM |
| | |
| JAMES C. CIFELLI, Chapter 11 Trustee of G & G MONEY, INC., | |
| Plaintiff, | ADVERSARY CASE NO.11-5196 |
| v. | |
| GEORGE MAZZANT, III, | JUDGE MULLINS |
| Defendant. | |

## ORDER AND NOTICE OF RESCHEDULED STATUS HEARING

PLEASE TAKE NOTICE that the court will hold a status conference in the above-styled adversary proceeding to consider the following matters, which counsel for the parties and parties appearing pro se should be prepared to discuss:

1. Whether there appears to be any issue regarding the court's jurisdiction;

2. Whether there is any issue as to the misjoinder or non-joinder of a party;

3. Whether there is or may be any discovery problem, what discovery is needed, and how long the discovery should take;

4. Whether there is or may be any prospect for settlement;

5. Whether this case is or may be an appropriate one for a motion for summary judgment;  and

      6.      When this case will be set for trial. (Counsel are directed to have their personal calendars available at the conference.)

The status conference will be held on the **2nd** day of **April, 2015**, at **2:00 P.M.**, in Courtroom **1203**, Richard B. Russell Federal Building, 75 Spring Street, S.W., Atlanta, Georgia,

**IT IS SO ORDERED.**

At Atlanta, Georgia, this 11th day of February, 2015.

*C. Ray Mullins*

C. RAY MULLINS
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF MAILING

    Pursuant to Fed. R. Bak. P. 9022, I certify that on the date stated below, I served a copy of the foregoing Notice on each of the persons and entities named below by United States Mail at the respective address show:

James C. Cifelli
William D. Matthews
Lamberth, Cifelli, Stokes, Ellis & Nason
East Tower, Suite 550
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1022

Jeffrey R. Filipovits
Aubrey T. Villines
Building I
2900 Chamblee-Tucker Rd.
Atlanta, GA 30341

George Mazzant, III
2571 Turtlecove Trailway
Monticello, GA 31064

G&G Money, Inc.
19 Keys Ferry Street
McDonough, GA 30253

Joseph J. Burton, Jr.
Mozley, Finlayson & Loggins, LLP
One Premier Plaza - Suite 900
5605 Glenridge Drive
Atlanta, GA 30342

Lindsay N. P. Swift
Office of the U.S. Trustee
Suite 362
75 Spring Street, S.W.
Atlanta, GA 30303

Paige H. Dopson
Relief Courtroom Deputy Clerk
February 11, 2015